**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01309-RMR

RAFAELA DEL CARMEN MERINO-MORAN,

      Petitioner,

v.

JUAN BALTASAR, Warden, Aurora ICE Processing Center, Aurora, Colorado, in their official capacity,
GEORGE VALDEZ, Acting Director of the Denver Field Office for U.S. Immigration and Customs Enforcement, in their official capacity;
MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, in their official capacity;
U.S. DEPARTMENT OF HOMELAND SECURITY,
TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in their official capacity;
PAMELA BONDI, Attorney General of the United States, in their official capacity; and
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with the Orders entered by United States District Judge Regina M. Rodriguez entered on April 24, 2026, [ECF No. 15] and May 1, 2026, [ECF No. 17], it is hereby

ORDERED that the Petition for Writ of Habeas Corpus [ECF No. 1] is GRANTED. It is

FURTHER ORDERED that as the prevailing part, Petition is awarded their costs

to be taxed by the Clerk of the Court in the time and manner prescribed in

Fed.R.Civ.P.54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that his case is closed.

Dated at Denver, Colorado this 28th day of July, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


By: s/K. Myhaver

Kally Myhaver, Deputy Clerk